COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
TRAVIS E. DOWNS III (148274)
JEFFREY D. LIGHT (159515)
KATHLEEN A. HERKENHOFF (168562)
BENNY C. GOODMAN III (211302)
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)
travisd@csgrr.com
jeffl@csgrr.com
kathyh@csgrr.com
bennyg@csgrr.com

LEVI & KORSINSKY, LLP
EDUARD KORSINSKY
JUAN E. MONTEVERDE
39 Broadway, Suite 1601
New York, NY  10006
Telephone:  212/363-7500
212/363-7171 (fax)

Lead Counsel for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| In re CORINTHIAN COLLEGES, INC., SHAREHOLDER DERIVATIVE LITIGATION | No. SACV-06-0777-AHS(ANx) |
|---|---|
| This Document Relates To:<br><br>ALL ACTIONS. | NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF DERIVATIVE SETTLEMENT<br><br>DATE:  September 21, 2009<br>TIME:  11:00 A.M.<br>COURTROOM:  The Honorable Alicemarie H. Stotler |

1  TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD

2  PLEASE TAKE NOTICE that on September 21, 2009, at 11:00 a.m., or as soon thereafter as counsel may be heard, plaintiffs Milton Pfeiffer ("Pfeiffer") and M. Alvin Edwards III ("Edwards") (collectively "Plaintiffs"),[1] will appear in Courtroom 10A of the United States District Court for the Central District of California, Southern Division, located at 411 West Fourth Street, Santa Ana, California 92701, to move the Court, the Honorable Alicemarie H. Stotler, United States District Judge presiding, for an order granting final approval of the settlement set forth in the May 7, 2009 Stipulation of Settlement filed with the Court on June 9, 2009 ("Stipulation"). Plaintiffs' motion is based upon the Stipulation, the accompanying memorandum of points and authorities, the Declaration of Kathleen A. Herkenhoff in Support of Motion for Final Approval of Derivative Settlement ("Herkenhoff Decl."), the Declaration of Robert Monks in Support of Motion for Final Approval of Derivative Settlement ("Monks Decl."), the previously filed Declaration of Edward J. Wallin in Support of Unopposed Motion for Preliminary Approval of Derivative Settlement

---

[1] This Motion is also supported by, and brought on behalf of, Frank Adolf ("Adolf") and Bernice Gunkel ("Gunkel"), the plaintiffs in the action entitled *In re Corinthian Colleges, Inc. Shareholder Derivative Litigation*, Case No. 06-CC-000140, pending in the Superior Court of the State of California, Orange County. Adolf and Gunkel are represented by counsel from the law firm Barroway Topaz Kessler Meltzer & Check LLP, and appeared through counsel at the July 6, 2009 hearing on the Motion for Preliminary Approval of this settlement. Accordingly, unless otherwise specified, the term "plaintiffs" used in the Motion and supporting papers includes Adolf and Gunkel.

- 1 -

1  ("Wallin Decl.") (Docket No. 39), and such additional evidence or argument as may
2  be required by the Court.
3  DATED: September 14, 2009              Respectfully submitted,

       COUGHLIN STOIA GELLER
         RUDMAN & ROBBINS LLP
       TRAVIS E. DOWNS III
       JEFFREY D. LIGHT
       KATHLEEN A. HERKENHOFF
       BENNY C. GOODMAN III


              s/ KATHLEEN A. HERKENHOFF
               KATHLEEN A. HERKENHOFF

       655 West Broadway, Suite 1900
       San Diego, CA  92101-3301
       Telephone:  619/231-1058
       619/231-7423 (fax)

       COUGHLIN STOIA GELLER
         RUDMAN & ROBBINS LLP
       SHAWN A. WILLIAMS
       100 Pine Street, Suite 2600
       San Francisco, CA  94111
       Telephone:  415/288-4545
       415/288-4534 (fax)

       LEVI & KORSINSKY, LLP
       EDUARD KORSINSKY
       JUAN E. MONTEVERDE
       39 Broadway, Suite 1601
       New York, NY  10006
       Telephone:  212/363-7500
       212/363-7171 (fax)

       Lead Counsel for Plaintiffs

S:\Settlement\Corinthian Deriv.set\MOT00061698.doc

- 2 -

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 14, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 14, 2009.

    <u>s/ KATHLEEN A. HERKENHOFF</u>
    KATHLEEN A. HERKENHOFF

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:       kathyh@csgrr.com

# Mailing Information for a Case 8:06-cv-00777-AHS-AN

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Robert L Dell Angelo**
  robert.dellangelo@mto.com

- **Travis E Downs , III**
  travisd@csgrr.com

- **Benny C Goodman , III**
  bgoodman@csgrr.com

- **Kathleen Ann Herkenhoff**
  kathyh@csgrr.com

- **Meredith N Landy**
  mlandy@omm.com

- **Daniel Benjamin Levin**
  daniel.b.levin@usdoj.gov,usacac.criminal@usdoj.gov

- **John W Spiegel**
  john.spiegel@mto.com

- **Shawn A Williams**
  shawnw@lerachlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Eduard Korsinsky
Levi and Korsinsky LLP
30 Broad Street 15th Floor
New York, NY 10004

Thomas G Wilhelm
Gibson Dunn and Crutcher
333 South Grand Avenue
Los Angeles, CA 90071

Monique C Winkler
Coughlin Stoia Geller Rudman and Robbins
100 Pine Street, Suite 2600
San Francisco, CA 94111
```

4