UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
<u>CIVIL MINUTES - GENERAL</u>

Case No.: <u>SA CV06-777-AHS(ANx)</u>                Date: <u>September 21, 2009</u>

Case Title: <u>IN RE CORINTHIAN COLLEGES INC. SHAREHOLDER DERIVATIVE LITIGATION</u>

==================================================================
PRESENT:   <u>THE HONORABLE ALICEMARIE H. STOTLER, U.S. DISTRICT JUDGE</u>

      <u>Ellen Matheson</u>                <u>Deborah Parker</u>
      Deputy Clerk                       Court Reporter

ATTORNEY(S) PRESENT FOR PLAINTIFF(S):   ATTORNEY(S) PRESENT FOR DEFENDANT(S):
Jeffrey D. Light                        Robert L. Dell Angelo
Kathleen A. Herkenhoff                  Seth Aronson
Nichole Browning
David E. Bower

PROCEEDINGS:   FINAL APPROVAL OF SETTLEMENT OF DERIVATIVE ACTIONS

    Cause called.  Hearing held.  Counsel address the Court.  Finding good cause, final judgment and order to issue forthwith, including attorneys fees submitted pursuant to stipulation.

                                                                  <u> 00 </u> : <u> 10 </u>
                                    Initials of Deputy Clerk: <u> enm </u>